# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Colwell <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-14891 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 4339

                                               Respectfully submitted,

                                               **/s/Joshua I. Goldman, Esquire**
                                               Joshua I. Goldman, Esquire
                                               Thomas Puleo, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 825-6306  FAX (215) 825-6406