# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Colwell<br>　　　　　　　　　Debtor | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　　　　Movant<br>　　vs.<br>Elizabeth Colwell<br>　　　　　　　　　Debtor<br><br>Christine C. Shubert Esq.<br>　　　　　　　　　Trustee | NO. 16-14891 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this  19th  day of  October , 2016 upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section362 is modified with respect to the subject premises located at 124 Mayfield Drive, Lititz, PA 17543 ("Property), so as to allow Movant, its successors or assignees, to proceed with its in rem rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**